UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEWIS EDWIN CULBERSON | ) | Chapter 13 |
| PATRICIA DIANNE CULBERSON | ) | Case No. 1:15-bk-15519-SDR |
| Debtor. | ) | |
| _____ | ) | _____ |
| | ) | |
| **LEWIS EDWIN CULBERSON** | ) | |
| **PATRICIA DIANNE CULBERSON** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 1:21-ap-01012-SDR** |
| **NATIONSTAR MORTGAGE, LLC** | ) | |
| **dba MR. COOPER** | ) | |
| **Defendant.** | ) | |

---

**PLAINTIFF'S OPPOSITION TO DEFENDANT NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S MOTION TO DISMISS**

---

Come now the Plaintiffs, Lewis Edwin Culberson and Patricia Dianne Culberson ("Plaintiffs") by and through counsel, pursuant to E.D. Tenn. LBR 7007-1, and objects to Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Defendant") Motion to Dismiss [Doc No. 8]. In support of Plaintiff's Opposition to Defendant's Motion to Dismiss, Plaintiff has filed their Brief in Opposition to Defendant's Motion to Dismiss [Doc No. 12].

WHEREFORE, the Plaintiffs request that Defendant's Motion to Dismiss be denied.

    Respectfully submitted,

    RICHARD BANKS & ASSOCIATES, PC

    By: /s/ Richard L. Banks
        Richard L. Banks (BPR No. 000617)
    393 Broad Street NW
    Cleveland, TN  37364
    P: (423) 479-4188
    F: (423) 478-1175
    rbanks@rbankslawfirm.com
    *Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss was filed via CM/ECF which will serve notice on all parties.

                                          /s/ Richard L. Banks_____
                                          Richard L. Banks, BPR No. 000617