

**SO ORDERED.**
**SIGNED this 10th day of June, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re:** **Lewis Edwin Culberson and Patricia Dianne Culberson,**   Debtors. | No. 1:15-bk-15519-SDR  Chapter 13 |
| **Lewis Edwin Culberson and Patricia Dianne Culberson,**   Plaintiffs, v. **Nationstar Mortgage, LLC** *dba* **Mr. Cooper,**   Defendant. | Adv. No. 1:21-ap-01012-SDR |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court grants Mr. Cooper's motion to dismiss (Doc. No. 8) in part with respect to the first through seventh claims of the complaint but denies it with respect to the violation of the automatic stay. The Court grants the Culbersons' motion for leave to amend (Doc. No. 20) only with respect to the willful violation

of the stay under 11 U.S.C. § 362(k).  The Court denies the motion for leave to amend to include a contempt claim under 11 U.S.C. § 524(i) in the adversary proceeding, but such denial is without prejudice to the Culbersons bringing a motion for contempt.

# # #